**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.   Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION, individually, and as successor in interest to Sandoz Chemical Corporation |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CHEMDESIGN PRODUCTS INC. |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DEEPWATER CHEMICALS, INC. |
| Defendant 14 | DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | DYNAX CORPORATION |
| Defendant 16 | E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | NATION FORD CHEMICAL COMPANY |
| Defendant 18 | NATIONAL FOAM, INC. |
| Defendant 19 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 21 | TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company |

| Defendant 22 | DOE DEFENDANTS 1-20, possible fictitious names whose present identities are unknown |
|---|---|
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## **Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

⊠    Diversity

⊠    Federal Question

⊠    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐    Other: _____.

5.  Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## **Plaintiff's Allegations of Exposure**

6.  Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## **Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**<u>Causes of Action</u>**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> <u>Other Causes of Action</u>:
> Count XII – Gross Negligence
> Count XIII – Negligent Misrepresentation
> Count XIV – Willful & Wanton Misconduct
> Count XV – Punitive Damages
> Count XVI – Tolling of the Statute of Limitations –
> Count XVII – Discovery Rule & Fraudulent Concealment
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____

Others

_____

_____

_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 2, 2025

Respectfully Submitted,

*/s/ Randi Kassan*
_____

Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
E-mail: RKassan@milberg.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Alejandrez, Marcus | 10/5/1994 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 2. | Allen, Kierra | 9/21/1993 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 3. | Armstrong, Bobby | 1/3/1984 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 4. | Austin, Steven | 5/31/1991 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 5. | Bailey, Shantel | 6/15/1990 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 6. | Baker, Ashley | 7/8/1990 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 7. | Balestrini, Ryan | 9/3/1980 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 8. | Baron Jr, Pablo | 11/30/1944 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 9. | Barr, Elaina | 11/2/1990 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 10. | Barron, Jacqueline | 1/19/1976 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 11. | Blue, Vasha | 6/30/1985 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 12. | Brown, Kiera | 5/16/1979 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 13. | Brown, Lashontoia | 8/21/1992 | California | Northern District of California | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 14. | Brown Sr, Clayborn | 11/12/1958 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 15. | Bullock, Stephan | 6/29/2003 | Arizona | District of Arizona | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 16. | Burrell, Angela | 3/26/1969 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 17. | Butler, Qutashia | 10/16/1991 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Carter, Taqwundrea | 10/26/1995 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 19. | Chandler, Byron | 4/25/1993 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 20. | Clark, Dempsey | 10/26/1970 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 21. | Clemmons, Shante | 3/23/1985 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 22. | Cole, Chrisani | 8/25/1992 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 23. | Coleman, Charles | 9/15/1976 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 24. | Collins, Erireka | 2/5/1988 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 25. | Conner, Shane | 10/20/1979 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 26. | Cookbey, Princess | 8/26/2003 | Wisconsin | Eastern District of Wisconsin | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 27. | Cooper, William | 5/13/1954 | New York | Western District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 28. | Craig, Joshua | 6/22/1982 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 29. | Crosby, Jonathon | 7/21/1990 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Crosby, Kristian | 8/23/1984 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 31. | Crull, Robert | 3/30/1962 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 32. | Davenport, Frederick | 4/17/1989 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 33. | Day, Octavia | 11/30/1987 | District of Columbia | District of District of Columbia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 34. | Delgado, Jeannette | 12/20/1982 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 35. | Dennis, Cameron | 10/5/1984 | Nevada | District of Nevada | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 36. | Dexter, Keith | 2/12/1986 | Nevada | District of Nevada | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XIII, XIV, XV, XVI, XVII |
| 37. | Duong, Jovi | 8/26/1969 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 38. | Edward, Essence | 9/26/1991 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 39. | Ehioguh, Jackson | 6/20/1962 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 40. | Estevez, Ivelis | 3/22/1992 | New York | Southern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 41. | Evins, Katie | 3/27/1975 | Wisconsin | Eastern District of Wisconsin | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 42. | Fennell, Tyvesha | 9/2/1986 | New York | Southern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 43. | Fielder, Shameca | 6/21/1987 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 44. | Flores, Ricardo | 10/5/1974 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 45. | Flowers, Darren | 12/22/1978 | Alabama | Middle District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 46. | Flowers, Marcus | 11/4/1976 | Alabama | Middle District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 47. | Flynn, James | 5/31/1960 | Arizona | District of Arizona | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 48. | Forbes, Bradley | 9/2/1973 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 49. | Fordham, Lizzie | 10/5/1983 | South Carolina | District of South Carolina | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 50. | Foreman, Dandrea | 9/4/1995 | Texas | Northern District of Texas | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 51. | Gardner, Doreen | 12/3/1984 | New York | Southern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 52. | Garnes, Kileena | 2/12/1985 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 53. | Gleason, Juanita | 7/13/1973 | Louisiana | Eastern District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 54. | Golliday, Clorse | 11/17/1976 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 55. | Gonzales, David | 2/9/1993 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 56. | Gonnelli, Lula | 3/11/1959 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 57. | Hadden, Harold | 4/23/1968 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 58. | Haney, Tony | 12/6/1995 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 59. | Harper, Tkeyah | 7/9/1991 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 60. | Harrison, Deron | 6/19/1985 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 61. | Helmig, Patricia | 11/25/1957 | Arizona | District of Arizona | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XIII, XIV, XV, XVI, XVII |
| 62. | Hernandez, Raul | 11/29/1979 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 63. | Hickman, Cornell | 10/18/1953 | North Carolina | Middle District of North Carolina | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 64. | Hill, Tiffany | 9/18/1988 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 65. | Hobbs, Zhakesha | 10/27/1996 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 66. | Horton, Janel | 7/7/1984 | North Carolina | Western District of North Carolina | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 67. | Houston, Adrian | 2/20/1984 | Texas | Western District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 68. | Hunt, Antonio | 2/24/1990 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 69. | Hux, Cynthia | 11/2/1964 | North Carolina | Eastern District of North Carolina | Yes | Yes | Yes | Thyroid Disease, Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 70. | Jackson, Vontrail | 2/25/1993 | Nevada | District of Nevada | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 71. | James, Deante | 8/22/1983 | Nevada | District of Nevada | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 72. | James, Krystal | 4/6/1991 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 73. | James, Steadman | 4/9/1993 | Louisiana | Middle District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 74. | Johnson, Bridget | 9/12/1973 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 75. | Johnson, Tamyka | 6/1/1972 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 76. | Jones, Joshua | 12/2/1992 | Arkansas | Eastern District of Arkansas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 77. | Kelly, Joseph | 10/12/1969 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 78. | Khaliq, Khadijah | 9/18/1981 | New York | Southern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 79. | Kimble, Miesha | 2/12/1998 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Kirkwood, Teresa | 3/11/1983 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 81. | Kline, Letesha | 12/9/1975 | Nevada | District of Nevada | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 82. | Leavy, Bridgette | 3/3/1983 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 83. | Lee, Curtis | 1/29/1989 | Georgia | Middle District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 84. | Lindsey, Donte | 5/28/1998 | Texas | Western District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 85. | Louis, Joshua | 11/25/1990 | New Jersey | District of New Jersey | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | Malone, Catrese | 8/14/1991 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 87. | Manuwa, Tony | 9/25/1983 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 88. | Maul, Kareen | 2/14/1975 | Missouri | Eastern District of Missouri | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 89. | Mccord, Tyree | 7/22/1997 | Georgia | Southern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 90. | Mckinnie, Arius | 10/15/1993 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 91. | Miller, Hershal | 10/8/1960 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 92. | Milsap, Kristina | 4/10/1988 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 93. | Mitton, Matthew | 9/8/1990 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 94. | Moreno, Tiffany | 11/27/1995 | California | Eastern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 95. | Morris, Denise | 4/12/1963 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 96. | Morris, Pierre | 10/14/1993 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 97. | Murphy, Shantez | 7/29/1987 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Nash, Fatimah | 10/30/1979 | Illinois | Northern District of Illinois | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 99. | Norman, Lakesha | 8/12/1983 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 100. | Page, Erick | 4/15/1975 | Florida | Southern District of Florida | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 101. | Parker, Anneka | 8/3/1988 | New York | Eastern District of New York | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 102. | Pena, Bobey | 12/30/1951 | Texas | Northern District of Texas | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 103. | Phipps, Elishia | 10/21/1991 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 104. | Pickens, Dehacious | 8/3/1985 | Alabama | Southern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 105. | Pinkney, Jaci | 4/5/1996 | South Carolina | District of South Carolina | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 106. | Ponce, Elvia | 6/4/1974 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 107. | Ramos, Gladys | 8/22/1961 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 108. | Ramsey, Sylvester | 1/21/1983 | Nevada | District of Nevada | Yes | Yes | Yes | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 109. | Reed, Gabriel | 12/2/1990 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 110. | Santos, Miguel | 6/22/1973 | Texas | Eastern District of Texas | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 111. | Secord, Joanne | 3/24/1985 | Colorado | District of Colorado | Yes | Yes | Yes | Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 112. | Simmons, Jarreel | 2/10/1988 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 113. | Simon, Conswanus | 1/21/1994 | Louisiana | Western District of Louisiana | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 114. | Sims, Antonio | 5/21/1993 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 115. | Smith, Marie | 2/4/1949 | Tennessee | Middle District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Smith, Michael | 2/8/1977 | Alabama | Middle District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 117. | Smith, Tyreon | 12/18/1995 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 118. | Stamper, Elissa | 7/7/1980 | Nevada | District of Nevada | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 119. | Stewart, Neneia | 7/25/1990 | Michigan | Eastern District of Michigan | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 120. | Suggs, Mekoe | 1/4/1982 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 121. | Taylor, Jason | 12/2/1976 | California | Central District of California | Yes | Yes | Yes | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 122. | Theobalds, Richard  B. | 5/7/1981 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 123. | Thomas, Kendrick | 1/14/1982 | Tennessee | Western District of Tennessee | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 124. | Thomas, Lindsey | 1/18/1979 | California | Northern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 125. | Thomas, Steven | 9/4/1983 | New York | Eastern District of New York | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 126. | Thomas, Tommie | 10/26/1992 | Florida | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 127. | Thompson, Vioneshai | 3/14/1996 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 128. | Tibbs, Tyrone | 7/2/1991 | California | Central District of California | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 129. | Towns, Mykeysha | 1/24/1992 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 130. | Turner, Patrice | 10/27/1985 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 131. | Vanable, Latara | 4/30/1983 | New York | Eastern District of New York | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 132. | Victorian, Randal | 7/28/1987 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 133. | Walston, Mehila | 2/23/1996 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Washington, Tawana | 12/11/1971 | New York | Northern District of New York | Yes | Yes | Yes | Liver Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 135. | Weaks, Laquecia | 4/25/1987 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 136. | West, Kierstien | 2/4/1979 | Texas | Eastern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 137. | Whitaker, Sharjay | 10/30/1976 | California | Central District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 138. | White, Regan | 1/5/1993 | Alabama | Northern District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 139. | White, Shanequa | 5/8/1980 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 140. | Whitfield, Andre | 5/16/1979 | Connecticut | District of Connecticut | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | XIII, XIV, XV, XVI, XVII |
| 141. | Williams, Brean | 10/10/1985 | Texas | Southern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 142. | Williams, Nina | 11/29/1985 | Iowa | Southern District of Iowa | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 143. | Wilson, Antius | 7/20/1983 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 144. | Wilson, Darion | 9/25/1988 | Alabama | Middle District of Alabama | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 145. | Wilson, Davaughn | 3/16/1990 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 146. | Wilson, Rydell | 8/26/1990 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 147. | Wilson, Shaquelia | 6/17/1996 | Texas | Northern District of Texas | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 148. | Wolf, Stacy | 1/24/1979 | California | Southern District of California | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 149. | Wood, Kortney | 12/17/1997 | Georgia | Northern District of Georgia | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |
| 150. | Young, Earline | 9/16/1982 | Mississippi | Southern District of Mississippi | Yes | Yes | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV, XV, XVI, XVII |